**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| L.A.A.C., | : | |
| Petitioner, | : | |
| v. | : | Case No. 4:25-cv-266-CDL-AGH<br>28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, *et al.*, | : | |
| Respondents. | : | |

**ORDER**

On July 13, 2026, the Court appointed counsel for Petitioner, and it directed the parties to confer, in relevant part, as to whether discovery was necessary. Order, ECF No. 18. Thereafter, consistent with the scheduling order that the parties proposed and the Court adopted (ECF Nos. 23, 24), Petitioner filed a counseled amended petition for habeas relief on August 31, 2026. Am. Pet., ECF No. 25. After the Court *sua sponte* extended the time for Respondents to file a response to the amended petition (ECF No. 26), Respondents filed their response in opposition. Resp'ts' Resp., ECF No. 27. The parties have not addressed discovery in this matter.

The Court reviewed the amended petition and response thereto, and finds that an evidentiary hearing is still necessary. However, prior to the evidentiary hearing, the Court also believes that discovery may be appropriate based on the record currently before the Court. Consequently, the parties are **DIRECTED** to confer and to file a joint response with the Court within fourteen (14) days of the date of this

Order addressing what discovery they believe is appropriate and how much time they will need to complete discovery. The parties shall also propose dates for the evidentiary hearing. Any disagreement by the parties should be outlined and included in the parties' joint response so that the Court can resolve them.

**SO ORDERED**, this 4th day of November, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE